UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIANA AVALOS,<br>    Plaintiff,<br><br>    v.<br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>    Defendant. | Case No. 5:20-CV-148-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby grants the Plaintiff's Motion for Judgment on the Pleadings [DE-20], denies the Defendant's Motion for Judgment on the Pleadings [DE-22] and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this order.

This judgment filed and entered on August 18, 2021, with electronic service upon:

Charlotte Hall, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*

                                              **PETER A. MOORE, JR.**
                                              CLERK, U.S. DISTRICT COURT

DATE: August 18, 2021                   /s/ *Shelia Foell*
                                              (By): Shelia Foell
                                              Deputy Clerk, U.S. District Court